```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-00202-GEB-KJM |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $57,120.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1.  Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3.  The defendant currency was seized in Sacramento County,

1

1  Sacramento, California;
2       4.   Plaintiff proposes that publication be made as follows:
3            a.   One publication;
4            b.   In the following newspaper, a legal newspaper of
5  general circulation, located in the county in which the defendant
6  property was seized: Daily Recorder;
7            c.   The publication to include the following:
8                 (1)   The Court, title and number of the action;
9                 (2)   The date of the arrest/seizure;
10                (3)   The identity and/or description of the
11 property arrested/seized;
12                (4)   The name, address and telephone number of the
13 attorney for the plaintiff;
14                (5)   A statement that claims of persons entitled
15 to possession or claiming an interest pursuant to Supplemental
16 Rule C(6) of the Federal Rules of Admiralty must be filed with
17 the Clerk and served on the attorney for the plaintiff within 30
18 days after the date of publication;
19                (6)   A statement that answers to the complaint
20 must be filed and served within 20 days after the filing of the
21 claims and, in the absence thereof, default may be entered and
22 condemnation ordered;
23                (7)   A statement that applications for
24 intervention under Fed. R. Civ. P. 24 by persons claiming
25 maritime liens or other interests shall be filed within the 30
26 days allowed for claims for possession; and
27 ///
28 ///

2

(8) The name, address, and telephone number of the U.S. Marshals Service and/or Department of Treasury.

DATED: 1/30/06          McGREGOR W. SCOTT
                        United States Attorney


                         /s/ Kristin S. Door
                        KRISTIN S. DOOR
                        Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATE: January 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE