UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-cv-0202-GEB-KJM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | (PRETRIAL SCHEDULING) |
| ) | CONFERENCE |
| APPROXIMATELY $57,120.00 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 3, 2006, Plaintiff and Claimant, Mary Berg, filed a joint status report in which they requested "that all proceedings in this case . . . be stayed pending the outcome of the prosecution of Louis Wayne Fowler, (United States v. Louis Wayne Fowler, 2:05-cr-308-EJG)."

A brief stay will therefore be ordered from the date on which this Order is filed until July 31, 2006, which is the date by which the parties shall file a joint status report.[1] The status

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration
(continued...)

1

1  conference, previously set for April 17, 2006, is rescheduled for
2  August 14, 2006, at 9:00 a.m.
3          IT IS SO ORDERED.
4  Dated:  April 10, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1](...continued)
explaining why it was unable to obtain the cooperation of the other party or parties.