IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-cv-202-GEB-KJM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| APPROXIMATELY $57,120.00 IN ) UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On July 31, 2006, Plaintiff and Claimant, Mary Berg, filed a joint status report in which they requested "that all proceedings in this case . . . continue to be stayed pending the outcome of the prosecution of Louis Wayne Fowler, (United States v. Louis Wayne Fowler, 2:05-cr-308-EJG)."

The stay will therefore be continued until February 12, 2007, which is the date by which the parties shall file a joint status

/////
/////
/////
/////
/////
/////

1

1  report.[1]  The status conference, previously set for August 14, 2006,
2  is rescheduled to commence at 9:00 a.m. on February 26, 2007.
3          IT IS SO ORDERED.
4  Dated:  August 1, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2